**ORIGINAL**

FILED

DEC 1 8 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| DIANA CARA MARSTON | Case No. 05-52175 MM |
| Debtor | **NOTICE OF UNCLAIMED DIVIDEND** |

The final dividend to Creditor, TOM DI NOTO in the above entitled matter was returned marked: NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $913.44 as an unclaimed dividend.

    Claim # 18    TOM DI NOTO
                    11665 AVENA PLACE #101
                    SAN DIEGO, CA 92128

Dated: December 15, 2009

                                    /s/ Devin Derham-Burk
                                    DEVIN DERHAM-BURK, TRUSTEE



**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

**RECEIVED**
JUN 24 2009
Devin Derham-Burk
Trustee, Chapter 13

TOM DI NOTO
11665 AVENA PLACE #101
SAN DIEGO, CA 92128

NIXIE   921   5E 1   00 06/22/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001313   *1456-00772-10-42

Case: 05-52175   Doc# 20   Filed: 12/18/09   Entered: 12/29/09 13:46:05   Page 2 of 2